# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 19mj4453 |
| vs ) | ABSTRACT OF ORDER |
| Valorie Moser ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __10-11-19__ the Court entered the following order:

18 USC 1591 (a)(b)

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

__X__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __bond packet due by 10-16-19__

**Linda Lopez**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL          Clerk
by _____ Deputy Clerk

Received _____
DUSM

x C412

Crim-9   (Rev. 8-11)

☆ U.S. GPO: 1996-783-398/40151

**R. ANDREWS**

CLERK'S COPY