AO 442 (Rev. 11/11) Arrest Warrant

**NOT FOR PUBLIC VIEW**

SEALED
CASE UNSEALED PER ORDER OF COURT

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
OCT 30 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America
v.

Valorie Moser (4)

Defendant

Case No. 19MJ4453

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Valorie Moser
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C., Section 1591(a) and (b)(1) – Sex Trafficking by Force, Fraud, or Coercion; Title 18, U.S.C., Section 1594(c) – Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion; and Title 18, U.S.C., Section 1594(d) – Criminal Forfeiture

DATE ARRESTED BY: STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

Date: 10/9/19

City and state: San Diego, CA

*Issuing officer's signature*

Hon. Linda Lopez
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*